THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, 
 
 
 

v.

 
 
 
 
 Joshua Lamar Forrest, Appellant.
 
 
 
 
 

Appeal From Aiken County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2011-UP-254
 Submitted May 1, 2011  Filed June 1,
2011    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Joseph Savitz, III, of Columbia, for Appellant.
 Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Donald J. Zelenka, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Joshua
 Lamar Forrest appeals his convictions for murder and possession of a weapon
 during the commission of a violent crime, arguing the trial court erred by
 instructing the jury that malice could arise when the deed is done with a
 deadly weapon.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.  
FEW,
 C.J., KONDUROS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.